ALLAN P. AMES et al., respondents,

*v.*

BANK OF NUTLEY, appellant.

[Decided January 31st, 1936.]

*Mr. Stanley L. Gedney, Jr.,* for the respondents.

*Messrs. Reed & Reynolds,* for the appellants.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stein, and reported in *118 N. J. Eq. 228.*

*For affirmance*—The Chief-Justice, Lloyd, Case, Bodine, Donges, Heher, Perskie, Hetfield, Dear, Wells, Wolfskeil, Rafferty, JJ. 12.

*For reversal*—None.